# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                          §
                                                §
ANTHONY D PALHETE                               §        Case No. 8:10-16065-CPM
                                                §
                    Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter        of the United States Bankruptcy Code was filed on
       .  The case was converted to one under Chapter 7 on            .  The
undersigned trustee was appointed on          .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                 $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]                 $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

 5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

 6.  The deadline for filing non-governmental claims in this case was     and the deadline for filing governmental claims was     . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

 7.  The Trustee's proposed distribution is attached as **Exhibit D**.

 8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $   .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

 The trustee has received $  as interim compensation and now requests a sum of $   , for a total compensation of $   [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $  , and now requests reimbursement for expenses of $   , for total expenses of $   [2].

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____    By:/s/V. JOHN BROOK, JR._____
               Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-16065   CPM   Judge:   Catherine Peek McEwen | |

| | |
|---|---|
| Case Name: | ANTHONY D PALHETE |
| For Period Ending: | 03/12/2014 |

| | |
|---|---|
| Trustee Name: | V. JOHN BROOK, JR. |
| Date Filed (f) or Converted (c): | 02/15/2012 (c) |
| 341(a) Meeting Date: | 03/21/2012 |
| Claims Bar Date: | 06/19/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  4219 W Vasconia St Tampa, FL 33629 Former marital residence. | 311,563.00 | 0.00 | | 0.00 | FA |
| 2.  Checking Account w/Bank of America | 4.00 | 0.00 | | 0.00 | FA |
| 3.  Checking and Savings Accounts w/Regions Bank | 700.00 | 0.00 | | 0.00 | FA |
| 4.  Checking Account w/Suntrust Bank | 40.00 | 0.00 | | 0.00 | FA |
| 5.  Checking Account w/USAA | 25.00 | 0.00 | | 0.00 | FA |
| 6.  Savings Account w/AACU | 7.00 | 0.00 | | 0.00 | FA |
| 7.  Sofas, End Tables, Entertainment Centers, Coffee Table, Recl | 1,500.00 | 0.00 | | 0.00 | FA |
| 8.  Books, Pictures, Coin Collections, Dolls, Figurines | 100.00 | 0.00 | | 0.00 | FA |
| 9.  Wearing Apparel | 25.00 | 0.00 | | 0.00 | FA |
| 10. Rings, Bracelets, Necklaces, Watches | 300.00 | 0.00 | | 0.00 | FA |
| 11. Golf Clubs, Bicycles, Firearms | 250.00 | 0.00 | | 0.00 | FA |
| 12. Childrens' Life Insurance Policies w/USAA | 800.00 | 0.00 | | 0.00 | FA |
| 13. Life Insurance Policy w/USAA | 200.00 | 0.00 | | 0.00 | FA |
| 14. Florida Pre Paid College Plan | 46,648.00 | 0.00 | | 0.00 | FA |
| 15. Florida Pre Paid College Fund | 35,390.00 | 0.00 | | 0.00 | FA |
| 16. 401(k) w/Employer | 200,000.00 | 0.00 | | 0.00 | FA |
| 17. Pension Plan w/Employer | 0.00 | 0.00 | | 0.00 | FA |
| 18. **2010 Mercedes Benz E 350 500 miles Vin#WDDHF5GB8AA149067 | 41,500.00 | 11,775.00 | | 6,550.62 | |
| 19. 1995 Nissan Pickup Truck 145,000 miles Vin#1N6SD11S0SC384038 | 800.00 | 0.00 | | 0.00 | FA |
| 20. 1985 Chevrolet Camaro 90,000 miles Vin#1G1FP87S4FN141637 | 1,000.00 | 0.00 | | 0.00 | FA |
| 21. Push Lawnmower, Weed Eater, Leaf Blower, Hand Tools, Power T | 100.00 | 0.00 | | 0.00 | FA |
| 22. Void (u) | Unknown | N/A | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 10-16065 | CPM | Judge: | Catherine Peek McEwen | | Trustee Name: | V. JOHN BROOK, JR. |
|---|---|---|---|---|---|---|---|

Case Name: ANTHONY D PALHETE

Date Filed (f) or Converted (c): 02/15/2012 (c)

341(a) Meeting Date: 03/21/2012

For Period Ending: 03/12/2014

Claims Bar Date: 06/19/2012

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.15 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $640,952.00  $11,775.00  $6,550.77  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

CONVERTED BACK TO CHAPTER 7 2/15/12-HEARING ON MOTION TO DISMISS CASE SET FOR 5/14/12-HEARING RESET FOR 6/18/12-FINAL EVIDENTIARY HEARING SET FOR 10/17/12-9/18/12 NOTICE OF WITHDRAWAL OF MOTION TO DISMISS CASE AND CANCELLATION OF HEARING-11/14/12 UPDATE FROM DAVID; DEBTOR IS MAKING PAYMENTS BUT FINAL AMOUNT OWED STILL IN QUESTION AND RECOMMENDS HOLDING OFF ISSUING NOTICE OF SALE-3/28/13 UPDATE FROM DAVID STILL WORKING WITH DEBTOR ATTY TO AGREE ON FINAL NUMBER FOR BUYBACK-DAVID McEwen ADVISES WE ARE FINISHED-CLEARING CLAIMS FOR TFR-TFR SENT TO UST 1/3/14

RE PROP #  18  --  ASSET VALUE $11,775; DEBTOR IS PAYING $25 MONTHLY SERVICE CHARGE AGREED TO SETTLE FOR $8000 PLUS BANK SERVICE CHARGES (DEBTOR PAID $1600.00 PRIOR TO CONVERTING TO CHAPTER 13 THESE MONIES WERE GIVEN TO CHAPTER 13 TRUSTEE; UPON CONVERTING BACK TO CHAPTER 7 DEBTOR PAID ADDITIONAL $6400.00 PLUS BANK SERVICE CHARGES of $150.62)

Initial Projected Date of Final Report (TFR): 03/31/2011      Current Projected Date of Final Report (TFR): 05/13/2014

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-16065

Case Name: ANTHONY D PALHETE

Trustee Name: V. JOHN BROOK, JR.

Bank Name: Union Bank

Account Number/CD#: XXXXXX3733

Money Market Account

Taxpayer ID No: XX-XXX6100

For Period Ending: 03/12/2014

Blanket Bond (per case limit): $48,828,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/01/10 | | MICHAEL T COCHRAN  BERNICE J COCHRAN  ANTHONY D PALHETE | BUYBACK | 1129-000 | $800.00 | | $800.00 |
| 09/30/10 | | MICHAEL T COCHRAN  BERNICE J COCHRAN  ANTHONY D PALHETE | BUYBACK  256  ---  9/30/10 | 1129-000 | $800.00 | | $1,600.00 |
| 09/30/10 | INT | Union Bank of California | Interest Rate  0.050 | 1270-000 | $0.03 | | $1,600.03 |
| 10/29/10 | INT | Union Bank of California | Interest Rate  0.050 | 1270-000 | $0.06 | | $1,600.09 |
| 11/30/10 | INT | Union Bank of California | Interest Rate  0.050 | 1270-000 | $0.06 | | $1,600.15 |
| 12/17/10 | 101 | John Waage, Trustee  Jon Waage  P.O. Box 25001  Brandenton, FL 34206-5001 | CHAPTER 7 FUNDS TO CH 13 TRUSTEE CASE CONVERTED 11/11/10 | 1129-000 | ($1,600.15) | | $0.00 |
| 12/31/10 | INT | Union Bank of California | Interest Rate  0.050 | 1270-000 | $0.04 | | $0.04 |
| 01/18/11 | INT | Union Bank of California | | 1270-000 | ($0.04) | | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:     $0.00     $0.00

FORM 2

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 10-16065

Case Name: ANTHONY D PALHETE

Trustee Name: V. JOHN BROOK, JR.

Bank Name: Union Bank

Account Number/CD#: XXXXXX3707

Checking

Taxpayer ID No: XX-XXX6100

For Period Ending: 03/12/2014

Blanket Bond (per case limit): $48,828,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/02/12 | 18 | ANTHONY D PALHETE 10-16065 | BUYBACK OF PERSONAL PROPERTY | 1129-000 | $1,000.00 | | $1,000.00 |
| 10/02/12 | 18 | ANTHONY D PALHETE | BUYBACK OF PERSONAL PROPERTY | 1129-000 | $91.67 | | $1,091.67 |
| 11/01/12 | 18 | ANTHONY D PALHETE | BUYBACK | 1129-000 | $91.87 | | $1,183.54 |
| 11/01/12 | 18 | ANTHONY D PALHETE | BUYBACK | 1129-000 | $1,000.00 | | $2,183.54 |
| 11/26/12 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $2,168.54 |
| 12/03/12 | 18 | ANTHONY PALHETE | BUYBACK | 1129-000 | $1,000.00 | | $3,168.54 |
| 12/03/12 | 18 | ANTHONY PALHETE | BUYBACK | 1129-000 | $91.67 | | $3,260.21 |
| 12/26/12 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,245.21 |
| 01/04/13 | 18 | ANTHONY D PALHETE | BUYBACK | 1129-000 | $1,000.00 | | $4,245.21 |
| 01/04/13 | 18 | ANTHONY D PALHETE | BUYBACK | 1129-000 | $91.67 | | $4,336.88 |
| 01/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $4,321.88 |
| 01/30/13 | 18 | ANTHONY D PALHETE | BUYBACK | 1129-000 | $1,000.00 | | $5,321.88 |
| 01/30/13 | 18 | ANTHONY D PALHETE | BUYBACK | 1129-000 | $91.87 | | $5,413.75 |
| 02/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,398.75 |
| 02/28/13 | 18 | ANTHONY D PALHETE | BUYBACK | 1129-000 | $1,000.00 | | $6,398.75 |
| 02/28/13 | 18 | ANTHONY D PALHETE | BUYBACK | 1129-000 | $91.87 | | $6,490.62 |

Page Subtotals: $6,550.62    $60.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 10-16065 | Trustee Name: V. JOHN BROOK, JR. | Exhibit B |
| Case Name: ANTHONY D PALHETE | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX3707 | |
| | Checking | |
| Taxpayer ID No: XX-XXX6100 | Blanket Bond (per case limit): $48,828,000.00 | |
| For Period Ending: 03/12/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,475.62 |
| 04/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,460.62 |
| 05/28/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,445.62 |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,430.62 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,415.62 |
| 08/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,400.62 |
| 09/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $6,385.62 |

| | | |
|---|---|---|
| COLUMN TOTALS | $6,550.62 | $165.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $6,550.62 | $165.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,550.62 | $165.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*          Page Subtotals:          $0.00          $105.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3707 - Checking | $6,550.62 | $165.00 | $6,385.62 |
| XXXXXX3733 - Money Market Account | $0.00 | $0.00 | $0.00 |
| | $6,550.62 | $165.00 | $6,385.62 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,550.62 |
| Total Gross Receipts: | $6,550.62 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:10-16065-CPM                                                                                      Date: March 13, 2014
Debtor Name: ANTHONY D PALHETE
Claims Bar Date: 6/19/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>270<br>5700 | Janet Palhete<br>4219 W Vasconia St<br>Tampa, Fl 33629 | Priority<br>Payment Status:<br>Valid To Pay | Date Filed: 08/11/2010<br><br>ALIMONY & CHILD SUPPORT  #0087 | $0.00 | $40,000.00 | $40,000.00 |
| 2<br>300<br>7100 | Third Federal Savings & Loan<br>Association<br>7007 Broadway Avenue<br>Cleveland, Oh 44105 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/06/2010<br><br>UNSECURED MORTGAGE #5855 | $0.00 | $185,982.10 | $185,982.10 |
| 3<br>300<br>7100 | Usaa Federal Savings Bank<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/06/2010<br><br>CREDIT CARD #5963 | $0.00 | $34,531.15 | $34,531.15 |
| 4<br>300<br>7100 | Usaa Federal Savings Bank<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/06/2010<br><br>CREDIT CARD #5388 | $0.00 | $8,364.63 | $8,364.63 |
| 5<br>300<br>7100 | Usaa Federal Savings Bank<br>C O Weinstein And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/06/2010<br><br>CREDIT  CARD  #3750 | $0.00 | $42,597.38 | $42,597.38 |
| 7<br>300<br>7100 | Lundy & Weisman Older<br>Older, Lundy & Weisman<br>C/O Mathew L. Lundy, Esquire<br>3014 W. Palmire Avenue, Suite<br>301<br>Tampa, Fl 33629 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/09/2010<br><br>JUDGEMENT FROM COURT  #8754   WITHDRAWN PER DOCKET ENTRY 80 | $0.00 | $0.00 | $0.00 |
| 8<br>300<br>7100 | Janet Palhete<br>C/O Older & Lundy<br>3014 W Palmira Ave<br>Suite 301<br>Tampa, Fl 33629 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/18/2010<br><br>Claim withdrawn 9/16/2011 | $0.00 | $0.00 | $0.00 |
| 9<br>300<br>7100 | PYOD LLC Its Successors And<br>Assigns As Assignee Of<br>Citibank<br>C/O Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602- | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/07/2010<br><br>UNSECURED  #1278 | $0.00 | $1,800.89 | $1,800.89 |
| 10<br>300<br>7100 | American Airlines Federal Credit<br>Union<br>Thrasher & Heckman, P.A.<br>908 North Gadsden Street<br>Tallahassee, Florida 32303 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 11/07/2011<br><br>MONEY OWED  LOC  #8754 | $0.00 | $23,728.42 | $23,728.42 |

Printed: March 13, 2014

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:10-16065-CPM                                                                Date: March 13, 2014
Debtor Name: ANTHONY D PALHETE
Claims Bar Date: 6/19/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 11<br>300<br>7100 | Na/Bank Of America Fia Card Services<br>Fia Card Services, Na/Bank Of America<br>By American Infosource Lp As Its Agent<br>Po Box 248809<br>Oklahoma City, Ok 73124-8809 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 10/29/2010<br><br>CREDIT CARD  #1321 | $0.00 | $30,617.95 | $30,617.95 |
| 12<br>300<br>7100 | Na/Bank Of America Fia Card Services<br>Fia Card Services, Na/Bank Of America<br>By American Infosource Lp As Its Agent<br>Po Box 248809<br>Oklahoma City, Ok 73124-8809 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 10/29/2010<br><br>CREDIT CARD  #4041 | $0.00 | $2,611.93 | $2,611.93 |
| 14<br>300<br>7100 | East Bay Funding, Llc<br>C/O Resurgent Capital Services<br>Po Box 288<br>Greenville, Sc 29603 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 12/14/2010<br><br>CREDIT CARD  #8878 | $0.00 | $9,966.77 | $9,966.77 |
| 15<br>300<br>7100 | Bernice Cochran<br>111 Montara Dr<br>Seffner, Fl 33584 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 01/24/2011<br><br>MONEY LOANED    TOTALS DO NOT MATCH-NOT ENOUGH TO OBJECT | $0.00 | $5,600.00 | $5,600.00 |
| 17<br>300<br>7100 | Law Office Of J A Hayes<br>12000 N. Dale Mabry Hwy<br>Ste 160<br>Tampa, Fl 33618 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/21/2011<br><br>LEGAL SERVICES  #8754 | $0.00 | $12,125.00 | $12,125.00 |
| 18<br>300<br>7100 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/24/2011<br><br>MONEY LOANED  #3183 | $0.00 | $5,634.65 | $5,634.65 |
| 19<br>300<br>7100 | N. A. Capital One<br>Capital One, N.A.<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/28/2011<br><br>GOODS SOLD  #3526 | $0.00 | $3,570.46 | $3,570.46 |
| 20<br>300<br>7100 | American Airlines Federal Credit Union<br>Thrasher & Heckman, P.A.<br>908 North Gadsden Street<br>Tallahassee, Florida 32303 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 03/14/2011<br><br>MONEY OWED  #4079 | $0.00 | $6,696.82 | $6,696.82 |

Printed: March 13, 2014

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 8:10-16065-CPM                                                                                    Date: March 13, 2014
Debtor Name: ANTHONY D PALHETE
Claims Bar Date: 6/19/2012

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 | Third Federal Savings & Loan | Secured | Date Filed: 07/23/2010 | $0.00 | $98,563.20 | $0.00 |
| 400 | Association | Payment Status: | | | | |
| 4110 | 7007 Broadway Avenue | Valid To Pay | WRONG DEBTOR NAME - WITHDRAWN | | | |
| | Cleveland, Oh 44105 | | | | | |
| 2 | Third Federal Savings & Loan | Secured | Date Filed: 08/06/2010 | $0.00 | $273,758.00 | $273,758.00 |
| 400 | Association | Payment Status: | | | | |
| 4110 | 7007 Broadway Avenue | Valid To Pay | MORTGAGE  #5855 | | | |
| | Cleveland, Oh 44105 | | | | | |
| 13 | Usaa | Secured | Date Filed: 12/10/2010 | $0.00 | $198,286.49 | $198,286.49 |
| 400 | Post Office Box 829009 | Payment Status: | | | | |
| 4110 | Dallas, Texas 75382 | Valid To Pay | MONEY LOANED  #1209 | | | |
| 16 | Mercedes-Benz Financial Services | Secured | Date Filed: 02/18/2011 | $0.00 | $28,059.29 | $28,059.29 |
| 400 | Usa Llc | Payment Status: | | | | |
| 4110 | Trustee Payments | Valid To Pay | MONEY LOANED  CAR LOAN  #3456 | | | |
| | P.O. Box 9001683 | | | | | |
| | Louisville, Ky 40290-1683 | | | | | |
| | Case Totals | | | $0.00 | $1,012,495.13 | $913,931.93 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: March 13, 2014

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 8:10-16065-CPM
Case Name: ANTHONY D PALHETE
Trustee Name: V. JOHN BROOK, JR.

Balance on hand                                      $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Third Federal Savings & Loan Association | $ | $ | $ | $ |
| 13 | Usaa | $ | $ | $ | $ |
| 16 | Mercedes-Benz Financial Services Usa Llc | $ | $ | $ | $ |
| 2 | Third Federal Savings & Loan Association | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: V. JOHN BROOK, Jr. | $ | $ | $ |
| Trustee Expenses: V. JOHN BROOK, Jr. | $ | $ | $ |
| Attorney for Trustee Fees: DAVID B. McEWEN, ESQ | $ | $ | $ |
| Attorney for Trustee Expenses: DAVID B. McEWEN, ESQ | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance          $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Janet Palhete | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance          $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Third Federal Savings & Loan Association | $ | $ | $ |
| 3 | Usaa Federal Savings Bank | $ | $ | $ |
| 4 | Usaa Federal Savings Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Usaa Federal Savings Bank | $ | $ | $ |
| 7 | Lundy & Weisman Older | $ | $ | $ |
| 8 | Janet Palhete | $ | $ | $ |
| 9 | PYOD LLC Its Successors And Assigns As Assignee Of | $ | $ | $ |
| 10 | American Airlines Federal Credit Union | $ | $ | $ |
| 11 | Na/Bank Of America Fia Card Services | $ | $ | $ |
| 12 | Na/Bank Of America Fia Card Services | $ | $ | $ |
| 14 | East Bay Funding, Llc | $ | $ | $ |
| 15 | Bernice Cochran | $ | $ | $ |
| 17 | Law Office Of J A Hayes | $ | $ | $ |
| 18 | Capital Recovery V, Llc | $ | $ | $ |
| 19 | N. A. Capital One | $ | $ | $ |
| 20 | American Airlines Federal Credit Union | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


        Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

        Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE